# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

TAMARA M. NORWOOD-THOMAS
d/b/a WOODLAND ENTERTAINMENT GROUP, LLC

          Plaintiff,

v.                                               Case No. 08-CV-668

CITY OF MILWAUKEE, and
ALDERMAN JOE DAVIS, SR.,

          Defendants.

_____

## ORDER

On August 5, 2008, plaintiff Tamara Norwood-Thomas filed a pro se complaint against defendants City of Milwaukee and Alderman Joe Davis, Sr., alleging she was denied a Class B Tavern License for her business as the result of racial discrimination and the impermissible consideration of her criminal background. (Docket #1) Additionally, she alleged Alderman Davis publicly made misleading and defaming statements about her which adversely affected her ability to acquire a tavern license. Plaintiff then filed a Motion for Leave to Proceed *in forma pauperis*. (Docket #2). On December 18, 2008, the court granted Plaintiff's IFP motion. (Docket #4). Also, in its December 18, 2008 order the court, citing Fed. R. Civ. P. 4(m), stated that more than 120 days had elapsed since plaintiff filed her complaint, but that defendant had yet to be served. The court thus ordered that pursuant to Rule 4(m) plaintiff had 20 days to show cause for failure to serve the complaint. However, this latter portion of the court's order was improper given plaintiff's IFP status.

Accordingly,

**IT IS ORDERED** that the portion of the court's December 18, 2008 order (Docket #4) made pursuant to Rule 4(m), requiring plaintiff to show good cause for failure to serve defendant, be and the same is hereby **VACATED;** and

**IT IS FURTHER ORDERED** that a United States Marshal shall serve a copy of the summons and complaint upon defendants City of Milwaukee and Alderman Joe Davis, Sr. pursuant to Federal Rule of Civil Procedure 4(c)(2).

Dated at Milwaukee, Wisconsin, this 22nd day of December, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge